**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14–cv–03438–REB-KMT

COLTON RAJALA, a minor, by and through his father and next friend, JESSE RAJALA,

    Plaintiff,

v.

FISHER-PRICE, INC.,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter is before the court on the **Stipulated Motion To Hold Case in Abeyance** [#37][1] filed February 1, 2016.  After reviewing the stipulated motion and the record, I conclude that the stipulated motion should be approved and this action should be closed administratively.

    The plaintiff, Colton Rajala, is a minor.  The parties have reached a settlement.  The plaintiff now resides in Florida.  The law of Colorado and Florida requires probate court approval of the terms of the settlement involving a minor.  The plaintiff intends to seek probate court approval in Florida.  The parties ask that this case be held in abeyance while the plaintiff seeks probate approval.  Once the plaintiff obtains such approval, the parties will file a stipulation for dismissal of the above-captioned action.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Hold Case in Abeyance** [#37] filed February 1, 2016, which I read as a motion to close this case administratively, is granted;

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That the combined Final Pretrial Conference and Trial Preparation Conference set for February 26, 2016, and the trial set to begin March 7, 2016, are vacated and continued without date;

3. That under D.C.COLO.LCivR 41.2, this action is closed administratively; and

4. That under D.C.COLO.LCivR 41.2, the clerk is directed to close this civil action administratively, subject to reopening for good cause.

Dated February 3, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge